FILED ____ LODGED
RECEIVED ____ COPY

MAR 1 7 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

SEALED

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
KEVIN M. RAPP
Assistant United States Attorney
Arizona State Bar No. 014249
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: kevin.rapp@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Butoyi Mechack,<br><br>Defendant. | No.    CR-26-00247-PHX-KML (JZB)<br><br>**INDICTMENT**<br><br>VIO:    26 U.S.C. § 7206(1)<br>(Making and Subscribing a<br>False Tax Return)<br>Counts 1-3<br><br>26 U.S.C. § 7206(2)<br>(Aiding and Assisting in Preparation<br>and Filing of False Federal Income<br>Tax Return)<br>Counts 4-17 |

**THE GRAND JURY CHARGES:**

**INTRODUCTORY ALLEGATIONS**

At all times material to this Indictment:

1.      Defendant Butoyi Mechack (MECHACK) resided in Peoria, Arizona and owned and operated PTPS Tax Services, LLC, a sole proprietorship tax return preparation business in Phoenix, Arizona, through which he prepared United States Individual Income Tax Returns (Forms 1040) for others for a fee. MECHACK admitted to owning PTPS in a video posted on the Internet. In the video, MECHACK describes how his business trains other tax preparers.

2.      The Internal Revenue Service ("IRS") is an agency of the United States Department of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

3.      Form 1040, U.S. Individual Income Tax Return ("Form 1040"), is an IRS form that taxpayers used to file individual income tax returns.

4.      Schedule C, Profit or Loss From Business ("Schedule C"), is an IRS form that could be attached to a Form 1040 and was used to report income or loss from a business operated as a sole proprietorship.

5.      Schedule 1, Additional Income and Adjustments to Income ("Schedule 1"), is an IRS form that could be attached to a Form 1040 and was used to report additional income and adjustments.

6.      For his 2021, 2022 and 2023 Forms 1040 MECHACK did not report (2021) or underreported (2022 and 2023) his gross receipts from his tax preparation business, PTPS. MECHACK filed his 2021 Form 1040 in August of 2022 with status as Head of Household, indicating he was not married when, in fact, he was married at the time. MECHACK prepared and filed his 2022 and 2023 returns after he had been contacted by the IRS on March 29, 2024.

7.      MECHACK did not file a Schedule C for PTPS on his 2021 form 1040, nor did he mention the income from PTPS on any other part of that return. MECHACK filed a Schedule C for PTPS for 2022 and 2023. MECHACK'S 2022 Schedule C reported $38,000 in gross receipts and his 2023 Schedule C reported $960,540 in gross receipts. MECHACK was paid tax preparation "site fees" into his PTPS bank account ending in 5772 at Bank of America (the "5772 Account") in each of the years, 2021, 2022, and 2023. These "site fees" are commissions sent to tax preparers, which had been withheld from clients" tax refunds. MECHACK is the sole signatory on the 5772 Account and was the signer on multiple checks drawn on the account. The 5772 Account received total deposits in the approximate amounts of $545,345 in 2021, $6,453,868 in 2022, and $3,095,218 in 2023.

8.    MECHACK aided and assisted in the preparation of fraudulent Forms 1040 for his clients for tax years 2020 through 2024. MECHACK's clients supplied their respective documents for tax preparation to MECHACK. MECHACK's practice was to meet with his clients but not conduct a preparer/client interview. MECHACK would tell his clients verbally or write down how much they were expected to receive in refunds. The returns MECHACK filed for his clients contained materially false items such as false Schedule C businesses with false income and/or expenses. At least one client, did not have a Schedule C on her return, but MECHACK placed COVID credits for self-employed individuals on her return.

9.    By including fraudulent items on these returns, MECHACK decreased his clients' tax liability so that the clients would receive higher refunds.

10.    Form 7202, Credits for Sick Leave and Family Leave for Certain Self-Employed Individuals ("Form 7202") was a form that could be attached to a Form 1040 and was used to report days that a self-employed taxpayer was unable to perform services for his or her business because he or she required coronavirus-related care or was providing coronavirus-related care to a son or daughter and claim a refundable tax credit based on the number of days the taxpayer was unable to provide services to his or her business for this reason.

11.    Schedule 3, Additional Credits and Payments ("Schedule 3") was a form that could be attached to a Form 1040 and was used to report additional payments and credits.

12.    The IRS required any individual who prepared or assisted in preparing federal income tax returns in exchange for compensation to obtain a preparer identification number ("PTIN"). The IRS further required that the PTIN assigned to a paid tax preparer be included on any tax return that the individual prepared in exchange for compensation to identify who prepared the tax return.

13.    Between 2020 and 2024, MECHACK, through a tax preparation business known as PTPS, prepared and filed Forms 1040 with the Internal Revenue Service (IRS) for clients of PTPS for a fee, thereby generating reportable business income for PTPS.

- 3 -

## COUNT 1
### 26 U.S.C. § 7206(1)
### (Making and Subscribing a False Tax Return)

14.     On or about August 29, 2022, in the District of Arizona, and elsewhere, the Defendant, BUTOYI MECHACK, willfully made and subscribed and filed and caused to be filed with the Internal Revenue Service, a false U.S. Individual Income Tax Return (Form 1040 and accompanying schedules and statements) in his own name for calendar year 2021, which was verified by a written declaration that it was made under the penalties of perjury, and which MECHACK did not believe to be true and correct as to every material matter. The tax return reported that MECHACK received $12,279 in gross income, whereas MECHACK knew he received gross income in excess of $12,279.

In violation of Title 26, United States Code, Section 7206(1).

## COUNT 2
### Title 26 U.S.C. § 7206(1)
### (Making and Subscribing a False Tax Return)

15.     On or about April 26, 2024, in the District of Arizona, and elsewhere, the Defendant, BUTOYI MECHACK, willfully made and subscribed and filed and caused to be filed with the Internal Revenue Service, a false U.S. Individual Income Tax Return (Form 1040 and accompanying schedules and statements) in his own name for calendar year 2022, which was verified by a written declaration that it was made under the penalties of perjury, and which MECHACK did not believe to be true and correct as to every material matter. The tax return reported that MECHACK received $27,145 in gross income, whereas MECHACK knew he received gross income in excess of $27,145.

In violation of Title 26, United States Code, Section 7206(1).

## COUNT 3
## Title 26 U.S.C. § 7206(1)
## (Making and Subscribing a False Tax Return )

16.    On or about April 26, 2024, in the District of Arizona, and elsewhere, the Defendant, BUTOYI MECHACK, willfully made and subscribed and filed and caused to be filed with the Internal Revenue Service, a false U.S. Individual Income Tax Return (Form 1040 and accompanying schedules and statements) in his own name for calendar year 2023, which was verified by a written declaration that it was made under the penalties of perjury, and which MECHACK did not believe to be true and correct as to every material matter. The tax return reported that MECHACK received $42,190 in gross income, whereas MECHACK knew he received gross income in excess of $42,190.

In violation of Title 26, United States Code, Section 7206(1).

## COUNTS 4 - 17
## Title 26 U.S.C. § 7206(2)
## (Aiding and Assisting in Preparation and Filing
## of False Federal Income Tax Return)

17.    On or about the dates set forth below, in the District of Arizona, and elsewhere, the Defendant, BUTOYI MECHACK, willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax Returns (Forms 1040), for the taxpayers (whose names are known to the Grand Jury and are identified below by their initials) and tax years identified below, that defendant knew were fraudulent and false as to material matters in that they included false sick and family credits for self-employed individuals and false and fictitious Schedules C and net business losses, and falsely overstated refund amounts claimed based on falsely reported overpayments.

- 5 -

| Count | Taxpayer | Tax Year | Approximate Filing Date | False Items |
|-------|----------|----------|-------------------------|-------------|
| 4 | D.M. | 2019 | April 15, 2020 | a. Schedule C, $27,660 net loss from business.<br>b. Form 1040, Line 11b, taxable income of $2,234.<br>c. Form 1040, Line 20, $10,939 tax overpayment. |
| 5 | M.O. | 2019 | April 15, 2020 | a. Schedule C, $47,316 net loss from business.<br>b. Form 1040, Line 11b, taxable income of $19,546.<br>c. Form 1040, Line 20, $12,020 tax overpayment. |
| 6 | D.M. | 2020 | April 15, 2021 | a. Schedule C, $38,500 net loss from business.<br>b. Form 1040, Line 15, taxable income of $784.<br>c. Form 1040, Line 34, $14,569 tax overpayment. |
| 7 | M.O. | 2020 | April 15, 2021 | a. Schedule C, $61,135 net loss from business.<br>b. Form 1040, Line 15, taxable income of $18,650.<br>c. Form 1040, Line 34, $13,138 tax overpayment. |

- 6 -

| Count | Taxpayer | Tax Year | Approximate Filing Date | False Items |
|-------|----------|----------|-------------------------|-------------|
| 8 | E.B. | 2021 | April 15, 2022 | a. Schedule C, $26,552 net loss from business<br>b. Form 1040, Line 15, taxable income of $2,142.<br>c. Form 7202, Line 35, $3,200 refundable sick and family leave credit; Line 69, $3,840 refundable sick and family leave credit<br>d. Form 1040, Line 31, $7,040 refundable credit.<br>e. Form 1040, Line 34, $15,996 tax overpayment. |
| 9 | K.R. | 2021 | April 15, 2022 | a. 2nd Schedule C, $63,164 net loss from business.<br>b. Form 1040, Line 15, taxable income of $12,550.<br>c. Form 7202, Line 35, $3,550 refundable sick and family leave credit; Line 69, $4,260 refundable sick and family leave credit.<br>d. Form 1040, Line 31, $7,040 refundable credit.<br>e. Form 1040, Line 34, $13,565 tax overpayment. |

| Count | Taxpayer | Tax Year | Approximate Filing Date | False Items |
|-------|----------|----------|------------------------|-------------|
| 10 | M.O. | 2021 | April 15, 2022 | a. Schedule C, $81,196 net loss from business. <br> b. Form 1040, Line 15, taxable income of zero. <br> c. Form 7202, Line 35, $3,450 refundable sick and family leave credit; Line 69, $4,140 refundable sick and family leave credit. <br> d. Form 1040, Line 31, $7,590 refundable credit. <br> e. Form 1040, Line 34, $21,757 tax overpayment. |
| 11 | O.N. | 2021 | April 15, 2022 | a. Form 7202, Line 35, $4,450 refundable sick and family leave credit; Line 69, $5,340 refundable sick and family leave credit. <br> b. Form 1040, Line 31, $9,790 refundable credit. <br> c. Form 1040, Line 34, $19,509 tax overpayment. |
| 12 | D.M. | 2022 | April 15, 2023 | a. Schedule C, $65,235 net loss from business. <br> b. Form 1040, Line 15, taxable income of $2,164. <br> c. Form 1040, Line 34, $17,841 tax overpayment. |

- 8 -

| Count | Taxpayer | Tax Year | Approximate Filing Date | False Items |
|-------|----------|----------|-------------------------|-------------|
| 13 | D.M. | 2023 | April 15, 2024 | a. Schedule C, $10,434 net loss from business.<br>b. Form 1040, Line 15, taxable income of $7,025.<br>c. Form 1040, Line 34, $12,309 tax overpayment. |
| 14 | I.I. | 2023 | April 15, 2024 | a. Schedule C, $38,041 net loss from business.<br>b. Form 1040, Line 15, taxable income of $8,169.<br>c. Form 1040, Line 34, $11,378 tax overpayment. |
| 15 | S.M. | 2023 | April 15, 2024 | a. Schedule C, $48,055 net loss from business.<br>b. Form 1040, Line 15, taxable income of $5,350.<br>c. Form 1040, Line 34, $8,752 tax overpayment. |
| 16 | S.M. | 2023 | April 15, 2024 | a. Schedule C, $25,876 net loss from business.<br>b. Form 1040, Line 15, taxable income of $7,685.<br>c. Form 1040, Line 34, $12,286 tax overpayment. |

///

///

///

| Count | Taxpayer | Tax Year | Approximate Filing Date | False Items |
|-------|----------|----------|------------------------|-------------|
| 17 | W.P.P | 2023 | April 15, 2024 | a. Schedule C, $15,968 net loss from business.<br>b. Form 1040, Line 15, taxable income of $7,867.<br>c. Form 1040, Line 34, $10,532 tax overpayment. |

In violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: March 17, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/
KEVIN M. RAPP
Assistant U.S. Attorney

- 10 -